| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------x<br>IN RE:<br><br>STEPHANIE BADILLO,<br><br>                                   Debtor.<br>------------------------------------------------------x | December 3, 2019<br>1:30 PM<br><br>Case No. 19-36127-CGM-13<br><br>Hon. CECELIA G. MORRIS<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee, will move this court before the Hon. Cecelia G. Morris, Chief U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 355 Main Street, Poughkeepsie, NY 12601-3315, on the 3rd day of December, 2019 at 1:30 PM, or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

      Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   White Plains, New York
          September 26, 2019

                                                s/ Krista M. Preuss
                                                Krista M. Preuss, Chapter 13 Trustee
                                                399 Knollwood Road, Ste 102
                                                White Plains, NY 10603
                                                (914) 328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------x<br>IN RE:<br><br>STEPHANIE BADILLO,<br><br>Debtor.<br>-------------------------------------------------------x | kp7299/LE<br>December 3, 2019<br>01:30 PM<br><br>Case No: 19-36127-CGM-13<br><br>Hon. CECELIA G. MORRIS<br><br>**APPLICATION** |

TO THE HONORABLE CECELIA G. MORRIS, CHIEF U.S. BANKRUPTCY JUDGE:

    KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

    1.    The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on 07/10/2019, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

    2.    The Debtor must amend the Plan to increase plan payments from $25.00 to at least $50.00 per month pursuant to 11 U.S.C. §330(c ).

    3.    The Debtor has failed to amend the Plan to include secured Claim # 1 for CarMax Business Services, LLC. And the treatment thereof.

    4.    The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claim as required by 11 U.S.C. §1325(a)(5).

    5.    The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, are defaults that are prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

    6.    The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       September 26, 2019

                                                                                        /s/ *Krista M. Preuss*
                                                                                      Krista M. Preuss, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x    Case No: 19-36127-CGM-13
IN RE:

  STEPHANIE BADILLO,

                                              **CERTIFICATE OF SERVICE**
                                                      **BY MAIL**

                    Debtor.
------------------------------------------------------------x

        This is to certify that I, Lois Rosemarie Esposito, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

STEPHANIE BADILLO
15 SUNRISE RIDGE
FLORIDA, NY 10921

DAVID HANNIGAN, ESQ
62 N. MAIN STREET
FLORIDA, NY 10921

CarMax Business Services, LLC
225 Chastain Meadows Court # 210
Kennesaw, Georgia  30144

Michael Trezza
c/o James Monteleon, Esq.
455 Hamilton Avenue # 607
White Plains, New York 10601

Lakeview Loan Servicing, LLC
c/o Stern & Eisenberg, PC
485B Route 1 South # 330
Woodbridge Corporate Center
Iselin, New Jersey  08830


This September 26, 2019
<u>s/ Lois Rosemarie Esposito</u>
Lois Rosemarie Esposito, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333

CASE NO: 19-36127-CGM-13

Hon. CECELIA G. MORRIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

STEPHANIE BADILLO,

                Debtor.

**NOTICE OF MOTION, APPLICATION, AND CERTIFICATE OF SERVICE**

**KRISTA M. PREUSS
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**